IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GEORGE E. TURK,                      :

    Plaintiff,                   :
vs.                                         CA 02-0845-C
                                    :
JO ANNE B. BARNHART,
Commissioner of Social Security,     :

    Defendant.

## JUDGMENT

In accordance with the memorandum opinion and order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that petitioner receive as an attorney's fee the sum of $6,383.25 pursuant to 42 U.S.C. § 406(b). Upon receipt of this award, petitioner is to refund to plaintiff the smaller EAJA attorney-fee award made in this case totaling $1,462.50.

**DONE** this the 26th day of April, 2005.

                                            s/WILLIAM E. CASSADY
                                            **UNITED STATES MAGISTRATE JUDGE**